# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff.* v. **KEVIN JOSUE AMADOR-RAMIREZ,** *Defendant.* | **CRIMINAL ACTION NO. 3:23-cr-00003-TES** |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTEREST OF JUSTICE

Before the Court is Defendant Kevin Josue Amador-Ramirez's Motion to Continue Trial [Doc. 17]. On January 9, 2024, the Government obtained an indictment charging Defendant with one count of Illegal Reentry in violation of 8 U.S.C. §§ 1326(a). [Doc. 1]. In his arraignment before the magistrate judge on January 31, 2024, Defendant entered a plea of not guilty. [Doc. 11].

Defendant seeks to continue trial because the Federal Defenders of the Middle District of Georgia, Inc., was just appointed to represent Defendant on January 31, 2024, and Defendant's counsel only filed her notice of appearance on February 5, 2024. *See* [Doc. 17, p. 1]; [Doc. 9]; [Doc. 15]. Counsel has not yet received discovery from the Government, and Defendant will need time to review discovery once received. *See* [Doc.

17, pp. 1–2]. Additionally, communicating with Defendant requires the services of an interpreter. [*Id*. at p. 2]. The Government does not oppose the motion. [*Id*.]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Motion to Continue Trial in the Interest of Justice [Doc. 17], and this case and its pretrial conference are **CONTINUED** to the Court's April trial term—beginning April 22, 2024. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 6th day of February, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**